Civil- (Dec-2008)

HONORABLE: Holly B. Fitzsimmons
DEPUTY CLERK Mary Larsen   RPTR/ECRO/TAPE: TAPE
TOTAL TIME: ____ hours 24 minutes
DATE: 7/9/09   START TIME: 10:37   END TIME: 11:01
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:08cv1899 (WWE)

Rogers et al
vs
Housing Authority, Town of Stratford

Marcia Escobedo
Greg Kirschner
Plaintiff's Counsel

Catherine Creager
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☒ Motion hearing           ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☒ D. #31 Motion To Quash Subpoena  ☐ granted ☐ denied ☒ advisement
☐ ...#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____